389 A.2d 697

In the Interest of Gladfelter, a Minor.

Appeal of Commonwealth of Pennsylvania.

Argued March 15, 1978. Sheryl Ann Dorney, Assistant District Attorney, with her John C. Uhler, District Attorney, for Commonwealth, appellant; Victor Dell'Alba, for appellee.

Order affirmed.

PRICE and VAN der VOORT, JJ., dissented.

389 A.2d 698

Minium, Appellant, v. Minium.

Argued March 13, 1978. Joseph A. Campagna, Jr., for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.